# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **HENRY YOUNG, SR., et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF MACON, GA, et al.**, <br><br> Defendants. | Civil Action No. 5:13-CV-362 (HL) |

## ORDER

The Court conducted a telephone conference on June 18, 2014, during which the parties jointly moved the Court to extend the deadline for filing dispositive motions. The motion is granted. The Court shall delay the deadline for filing dispositive motions until August 1, 2014. The parties agree to mediate this case in the interim.

**SO ORDERED**, this 18th day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks